IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL, LLC, | § § § § | |
| Plaintiff | § § | |
| v. | § | Civil Action No.  3:17-cv-1827-N |
| ZTE CORPORATION et al. | § § § | |
| Defendants. | § § § | |

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS

The Court, having considered Defendant ZTE Corporation's Motion to Dismiss for Improper Service pursuant to Federal Rule of Civil Procedure 12(b)(5), finds that the Motion should be GRANTED.

It is therefore ORDERED that ZTE Corporation is DISMISSED with PREJUDICE.